IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**WhitServe LLC**                               *

        vs.                                    *          Case No. _____

**Benesch Friedlander Coplan &**                *
**Aranoff LLP**                                 ***

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[   ]   I certify, as party/counsel in this case that _____
                                                           (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ]   The following corporate affiliations exist with  _WhitServe LLC_  :

                                                        (name of party)
_NetDocket LLC is a wholly-owned subsidiary of WhitServe LLC_ .
(names of affiliates)

[   ]   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

(names of entities with possible financial interests)

 _6/17/2010_                        _/Barton D. Moorstein, Esq./_
*Date*                                  *Signature*

                               _Barton D. Moorstein, Esq_    _U.S. District Bar No. 1416_
                                *Printed Name*                *Bar Number*

                               _600 Jefferson Plaza, Suite 202_
                                *Address*

                               _Rockville, Maryland 20852_
                                *City/State/Zip*

                               _(301) 279-2200_           _(301) 279-7138_
                                *Phone No.*                 *Fax No.*